IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TANYA WILLIAMS,<br><br>Defendant. / | No. CR 08-0598 MMC<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE** |

Before the Court is defendant's Motion for Reduction in Sentence, filed January 25, 2012. The motion is not set for hearing and, consequently, the deadline for the government to file a response, should it choose to do so, is unspecified.

Accordingly, the Court hereby sets the following briefing schedule and hearing date:

1. No later than February 8, 2012, the government shall file any response; and

2. A hearing on the motion is set for February 15, 2012, at 2:15 p.m.

**IT IS SO ORDERED.**

Dated: January 25, 2012

MAXINE M. CHESNEY
United States District Judge